UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

VICENTE PEREZ,                                             Case No. 11-17071-LMI
    Debtor
_____/                            Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property was sent via regular mail on this <u>26th</u> day of May 2011 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
    Robert Sanchez, Esq., FBN#0442161