**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-17071-LMI**

☐     2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐             Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Vicente Perez                    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-8840      Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

- A.  $ 1,353.55   for months  1  to  60 ;
- B.  $_____  for months _____ to _____;
- C.  $_____  for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID      $2,000.00
                  Balance Due     $ 2,250.00 payable $ 187.50 month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. One West Bank                      Arrearage on Petition Date $ 8,628.20
Address 6900 Beatrice Drive           Arrears Payment $ 123.22  /month (Months 1 to 12 )
         Kalamazoo, MI 49009          Arrears Payment $ 148.95  /month (Months 13 to 60 )
         Acct No. xxxxx6681           Regular Payment $ 857.36  /month (Months 1 to 60 )

2. _____        Arrears Payment $_____
   _____        Arrears Payment $_____ /month (Months ___ to ___)
   _____        Regular Payment $_____ /month (Months ___ to ___)
                                      Arrears Payment $_____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia Bank / FTU<br>Loan No. 4386xxxxxxx<br>5580 W 26th Ct, #203<br>Hialeah, FL 33016 | Homestead Property<br>$78,300.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                                Total Due $_____
                                      Payable $_____ /month (Months ____ to ___)

Unsecured Creditors: Pay $ 50.12 month (Months  1  to  12 ). Pay $211.89/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Chase Auto Finance (Loan#1080xxxx), Space Coast Credit Union (Loan#5570xxxx) and Vista Alegre Townhome Condo directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor
Date: 08/31/11