UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Vicente Perez                                            Case No. 11-17071-LMI
    Debtor                                          Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Vicente Perez by and through his undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On March 17, 2011 the instant case was filed.

2. On October debtor's second amended chapter 13 plan was confirmed.

3. On or about July, 2013 the debtor was approved for a modification of his homestead property.

4. The debtor's confirmed plan cures and maintains the arrearage of debtor's homestead property.

5. Debtor needs to modify the plan in order to conform to the approved modification agreement. Said modification capitalizes the arrears that were included in his confirmed plan.

6. The First Modified Plan will be filed simultaneously with the filing of the instant motion.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via CM/ECF to Nancy Neidich, Trustee, Law Offices of Marshall Watson, Attn: Connie Dessiler, Esq. 1800 NW 49th Street, Suite 120, Ft. Lauderdale, FL 33309 and U.S. Mail this 18th day of July, 2013: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161