**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST MODIFIED PLAN**

CASE NO.: **11-17071-LMI**

DEBTOR:  Vicente Perez                     CO-DEBTOR: _____
Last Four Digits of SS#  xxx-xx-8840        Last Four Digits of SS# _____

☐  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of   60   months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $ 1,279.45        for months   1   to   28  ;

   B.   $  738.07         for months   29  to   60   ; in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID      $2,000.00
                  Balance Due     $ 2,250.00 payable $ 80.36 month (Months   1   to  28 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. One West Bank                        Arrearage on Petition Date $ 8,628.20
Address 6900 Beatrice Drive             Arrears Payment  $ 135.52     /month (Months 1  to  28 )
        Kalamazoo, MI 49009             Regular Payment  $ 848.83     /month (Months 1   to  28 )
        Acct No. xxxxx2536              Regular Payment  $ 452.37     /month (Months 29  to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia Bank / FTU<br>Loan No. 4386xxxxxxx<br>5580 W 26th Ct, #203<br>Hialeah, FL 33016 | Homestead Property<br>$78,300.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. n/a                              Total Due $_____
                                    Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $ 142.56  month (Months   1   to   28  ). Pay $211.89/mo (Mos. 29 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Chase Auto Finance (Loan#1080xxxx), Space Coast Credit Union (Loan#5570xxxx) and Vista Alegre Townhome Condo directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor
Date: 07/18/13