

ORDERED in the Southern District of Florida on September 17, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Vicente Perez

CASE NO.: 11-17071-LMI
CHAPTER: 13

             Debtor
_____/

### ORDER GRANTING ONEWEST BANK FSB'S
### MOTION TO APPROVE LOAN MODIFICATION

**THIS CASE** came on for hearing on September 10, 2013 upon the Motion to Approve Loan Modification (DE # 62) filed by OneWest Bank FSB ("Movant") on August 23, 2013. Having considered the Motion and for the reasons stated on the record, it is:

**ORDERED:**

1. The Motion to Approve Loan Modification is granted.

2. The subject Loan Modification dated June 27, 2013 is approved to modify the mortgage dated February 21, 2007, recorded at Book 25427, Pages 4412 - 4429 of the Public Records of Miami-Dade County, Florida, on the following real property:

    **CONDOMINIUM UNIT NO. 5586, OF VISTA ALEGRE TOWNHOUSES CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORD BOOK 13627, AT PAGE 1733, AS AMENDED, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**aka 5580 W 26 Court 203, Hialeah, FL 33016**

3. The modified loan terms are as follows:

   a. A new principal balance of $135,351.10.

   b. Maturity date of July 1, 2053.

   c. $40,605.33 of the new principal balance will be deferred and the Debtor will not pay interest or make monthly payments on this amount.

   d. The interest bearing principal balance of $94,745.77 will have an interest rate of 4% beginning on July 1, 2013.

   e. The monthly principal and interest payment as of August 1, 2013 is $395.98 and will continue until paid in full. The escrow component for the initial monthly payment is $56.39 for a total payment of $452.37.

   f. The loan will continue to be escrowed and subject to fluctuations based on regular analyses over the life of the loan.

   g. The yearly interest rate of 4% will remain in effect until the interest bearing principal balance and all accrued interest thereon have been paid in full.

4. All terms not modified specifically by the Loan Modification are to remain in full force and effect.

5. This Order may be recorded in the public records of Miami-Dade County, Florida, along with a copy of the Loan Modification.

###

**Submitted By:**
John C. Brock, Jr.
Florida Bar No.: 17516
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743ext. 1376
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

**The party submitting this Order shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1 (F).**

**Copies Furnished to:**

Vicente Perez
5580 W 76 Court Apt. #203
Hialeah, FL 33016

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027