United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 11-17071-LMI
Vicente Perez                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1              User: covington              Page 1 of 1              Date Rcvd: Sep 18, 2013
                                  Form ID: pdf004              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2013.
db            Vicente Perez,    5580 W 76 Court Apt. #203,    Hialeah, FL 33016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2013 at the address(es) listed below:
              Audrey J. Dixon, Esq.    on behalf of Creditor    GMAC Mortgage, LLC adixon@erwlaw.com, BankruptcyECF@erwlaw.com
              John C. Brock, Esq.    on behalf of Creditor    OneWest Bank, FSB bkfl@albertellilaw.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert  Sanchez, Esq   on behalf of Debtor Vicente  Perez court@bankruptcyclinic.com, courtECFmail@gmail.com
              Scott R. Weiss, Esq   on behalf of Creditor    Onewest Bank FSB scott.weiss@clegalgroup.com, Jairo.Garcia@clegalgroup.com;BKMailFromCourt@clegalgroup.com
                                                                                                         TOTAL: 6



**ORDERED in the Southern District of Florida on September 17, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Vicente Perez

                                                                CASE NO.: 11-17071-LMI
                                                                 CHAPTER: 13

        Debtor
_____/

ORDER GRANTING ONEWEST BANK FSB'S
MOTION TO APPROVE LOAN MODIFICATION

     **THIS CASE** came on for hearing on September 10, 2013 upon the Motion to Approve Loan Modification (DE # 62) filed by OneWest Bank FSB ("Movant") on August 23, 2013. Having considered the Motion and for the reasons stated on the record, it is:

     **ORDERED:**

     1.    The Motion to Approve Loan Modification is granted.

     2.    The subject Loan Modification dated June 27, 2013 is approved to modify the mortgage dated February 21, 2007, recorded at Book 25427, Pages 4412 - 4429 of the Public Records of Miami-Dade County, Florida, on the following real property:

          **CONDOMINIUM UNIT NO. 5586, OF VISTA ALEGRE TOWNHOUSES CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORD BOOK 13627, AT PAGE 1733, AS AMENDED, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

          **aka 5580 W 26 Court 203, Hialeah, FL 33016**

3. The modified loan terms are as follows:

   a. A new principal balance of $135,351.10.
   b. Maturity date of July 1, 2053.
   c. $40,605.33 of the new principal balance will be deferred and the Debtor will not pay interest or make monthly payments on this amount.
   d. The interest bearing principal balance of $94,745.77 will have an interest rate of 4% beginning on July 1, 2013.
   e. The monthly principal and interest payment as of August 1, 2013 is $395.98 and will continue until paid in full. The escrow component for the initial monthly payment is $56.39 for a total payment of $452.37.
   f. The loan will continue to be escrowed and subject to fluctuations based on regular analyses over the life of the loan.
   g. The yearly interest rate of 4% will remain in effect until the interest bearing principal balance and all accrued interest thereon have been paid in full.

4. All terms not modified specifically by the Loan Modification are to remain in full force and effect.

5. This Order may be recorded in the public records of Miami-Dade County, Florida, along with a copy of the Loan Modification.

###

**Submitted By:**
John C. Brock, Jr.
Florida Bar No.: 17516
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743ext. 1376
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

**The party submitting this Order shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1 (F).**

**Copies Furnished to:**

Vicente Perez
5580 W 76 Court Apt. #203
Hialeah, FL 33016

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027