UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re<br><br>Vicente Perez,<br><br>    Debtor. | Case No.: 11-17071-LMI<br>CHAPTER 13<br><br>Hearing –<br>May 3, 2016 @ 9:00 a.m. |

## RESPONSE TO DEBTOR'S MOTION TO DEEM NATIONSTAR MORTGAGE, LLC CURRENT AS OF MARCH 28, 2016 IN ACCORDANCE WITH THE CHAPTER 13 PLAN

Nationstar Mortgage, LLC, secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest, holds the first lien on the subject property generally described as **5580 W 26 Court, #203, Hialeah, FL 33016**, and hereby submits the following Response to Debtor's Motion to Deem Nationstar Mortgage, LLC Current as of March 28, 2016 in Accordance with the Chapter 13 Plan:

Debtor filed a Motion to Deem the loan current as of March 28, 2016.

Secured Creditor has reviewed Debtor's Motion to Deem Current and is in agreement that the loan is current pre and post petition, and that the loan is due for the April 2016 payment.

WHEREFORE, Secured Creditor requests that the Court enter an order deeming the loan current as of March 28, 2016, pursuant to Debtor's Motion to Deem Current.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida , and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Debtor's Motion to Deem Current has been furnished this   21st  day of  April 2016, electronically or by U.S. Mail to all of the parties listed below.

          By: /s/ Gerard M. Kouri, Jr.
           GERARD M. KOURI, JR., ESQUIRE
          Bar No. 375969
          Retained Counsel
          Gerard M. Kouri, Jr. P.A.
          5311 King Arthur Avenue
          Davie, Florida 33331
          (954) 862-1731
          (954) 862-1732 fax
          gmkouri@aol.com
          N.102-2991.NF

          Attorneys for Nationstar Mortgage, LLC, its assignees and/or successors in interest

**SERVICE LIST**

**Mailing list for Bankruptcy Case No. 11-17071-LMI:**

Vicente Perez, debtor
5580 W 76 Court Apt. #203
Hialeah, FL 33016
Debtor

**Electronic mailing list for Bankruptcy Case No. 11-17071-LMI:**

- Antonio Alonso alonsoa@gmail.com
- John C. Brock jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
- Audrey J. Dixon audrey.dixon@rasflaw.com, bkyecf@rasflaw.com;jmora@rasflaw.com
- Can Guner cguner@rasmonitor.com, bkyecf@rasflaw.com
- Nancy K. Neidich e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez court@bankruptcyclinic.com, courtECFmail@gmail.com
- ReShaundra M Suggs bkcmecf@cosplaw.com, tbougouneau@cosplaw.com
- Mariam Zaki mzaki@erwlaw.com, BankruptcyECF@erwlaw.com