

**ORDERED in the Southern District of Florida on May 9, 2016.**

*Laurel M. Isicoff, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                              Case No. 11-17071-LMI
Vicente Perez                                                Chapter 13

           Debtor.           /

**AGREED ORDER GRANTING DEBTOR'S MOTION TO DEEM ONE WEST BANK / NATIONSTAR MORTGAGE, LLC CURRENT AS OF MARCH 28, 2016 IN ACCORDANCE WITH THE CHAPTER 13 PLAN**

This matter having come upon the Debtors' Motion to Deem One West Bank / Nationstar Mortgage, LLC Current as of March 28, 2016 in Accordance with the Chapter 13 Plan (the "Motion") (D.E. #_84__), the parties having agreed and the Judge having reviewed the file it is:

**ORDERED**:

1.     The Motion is granted.

2.     The loan of Mortgage Company One West Bank / Nationstar Mortgage, LLC is deemed current as of March 28, 2016 and the account is due for the April 2016 payment.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.