

**ORDERED in the Southern District of Florida on November 3, 2016.**

/s/ Laurel M. Isicoff
_____
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Case No. 11-17071-LMI |
| Vicente Perez | Chapter 13 |
| _____ Debtor. _____ / | |

**AMENDED[i] AGREED ORDER GRANTING DEBTOR'S MOTION TO DEEM ONE WEST BANK / NATIONSTAR MORTGAGE, LLC CURRENT AS OF MARCH 28, 2016 IN ACCORDANCE WITH THE CHAPTER 13 PLAN**

This matter having come upon the Debtors' Motion to Deem One West Bank / Nationstar Mortgage, LLC Current as of March 28, 2016 in Accordance with the Chapter 13 Plan (the "Motion") (D.E. #_84__), the parties having agreed and the Judge having reviewed the file it is:

**ORDERED**:

1. The Motion is granted.

2. The loan of Mortgage Company One West Bank / Nationstar Mortgage, LLC (herein "Creditor") is deemed current as of March 28, 2016 and the account is due for the April 2016 payment.

3.  As a result of deeming the mortgage current, the plan is to pay $37,316.23 in regular payments to the Creditor instead of $38,243.08 as per the First Modified Plan.

4.  The Trustee has already disbursed $37,316.23 in regular payments to the Creditor and thus the regular payments shall be deemed as fully paid through the plan.

###

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.

[i] Amended to clarify the total amount deemed current and the total amount required to be paid under the plan.